UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
M.D.                                                                                Docket Number: 11 CV 1092 (PAC)

        -against-                                                                 NOTICE OF REASSIGNMENT

THE CITY OF NY
-------------------------------------------------------

       The above-entitled action is:

---

[ X ] Reassigned to the Hon. PAUL A. CROTTY (PAC)


****RELATED TO 11 CV 328****

---

[ ] Reassigned Referral to Hon.                                     ,Magistrate Judge

---

[ ] Reassigned Designation to Hon.                                  ,Magistrate Judge

---

All further documents submitted in this action must bear the Judge's initials after the docket number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Reassignment on all defendants.

                                                                                    Ruby J. Krajick
                                                                                  Clerk of Court

Dated: 05/25/2011                                                 By:       PHYLLIS ADAMIK
                                                                                                       Deputy Clerk